396

Opinion by TILSON, J. It was stipulated that the merchandise consisted of three-tubed horns similar to those the subject of Abstract 40185. The claim at 45 percent under paragraph 397 was therefore sustained.

**No. 43223.**—Protest 972307–G of Montgomery Ward & Co. (Seattle).

Opinion by TILSON, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Wolf* (26 C. C. P. A. 243, C. A. D. 23) the microscope sets in question were held dutiable at 45 percent under paragraph 228 (b) as claimed.

BEFORE THE SECOND DIVISION, FEBRUARY 13, 1940

**No. 43224.**—Protest 7089–K of Koscherak Bros., Inc. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of candlesticks in chief value of illuminating glass similar to those the subject of abstract 41299. The claim at 60 percent under paragraph 218 (c) was therefore sustained.

**No. 43225.**—Protest 6939–K of Goldfarb Novelty Co. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of paperweights chiefly used in the household for utilitarian purposes. On the authority of *Woolworth* v. *United States* (26 C. C. P. A. 221, C. A. D. 20) the claim at 40 percent under paragraph 339 was sustained.

**No. 43226.**—Protest 907658–G of Greenberg & Josefsberg (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of paperweights chiefly used in the household for utilitarian purposes. On the authority of *Woolworth* v. *United States* (26 C. C. P. A. 211, C. A. D. 20) the claim at 40 percent under paragraph 339 was sustained.

**No. 43227.**—Protests 882392–G, etc., of M. Pressner & Co. et al. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of paperweights chiefly used in the household for utilitarian purposes. On the authority of *Woolworth* v. *United States* (26 C. C. P. A. 211, C. A. D. 20) the claim at 40 percent under paragraph 339 was sustained.

FEBRUARY 9, 1940

**No. 43228.**—————————Protests 782611–G, etc., of Central Medeira Corporation. Abstract 42890. Application by plaintiff for rehearing granted.